In the Matter of the Claim of JACOB MOLNIA, Respondent, against B. D. KAPLAN & Co., INC., Appellant, and AETNA INSURANCE COMPANY, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. The court certifies that a question of law is involved which ought to be reviewed by the Court of Appeals.

[See 266 App. Div. 1048.] Hill, P. J., Bliss, Heffernan and Schenck, JJ., concur.